United States District Court
Middle District of Florida
Jacksonville Division

REINER VELIZ LOPEZ,

      Petitioner,

v.                                                                                    No. 3:26-CV-1451-JEP-LLL

WARDEN, FLORIDA BAKER
CORRECTIONAL INSTITUTION, ET AL.,

      Respondents.

_____

## Order

On June 11, 2026, the Court directed respondents to file a response to the petition by June 18, 2026, doc. 3. To date, the federal respondents have failed to do so. Thus, by **July 6, 2026**, the federal respondents must show cause why sanctions should not be imposed for their failure to comply with the Court's order, doc. 3, and file a response to the petition, doc. 1, as previously directed.

The Court **takes under advisement** petitioner's pro se motion for voluntary dismissal without prejudice, doc. 6. Petitioner's motion is based on the incorrect assumption that the Court lacks jurisdiction over the petition given petitioner's transfer to California. But because petitioner was detained within the Middle District of Florida when he filed this case, this Court retains jurisdiction despite his transfer. *See Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian,

the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release."); *see, e.g.*, *Elcock v. Streiff*, 554 F. Supp. 2d 1279, 1282 (S.D. Ala. 2008) ("[J]urisdiction attaches upon the initial filing of the § 2241 petition and will not be destroyed by a petitioner's subsequent Government-effectuated transfer and accompanying change in physical custodian. . . . [I]f a § 2241 petition must be transferred every time the petitioner is transferred, it is doubtful that the case would ever be decided."). Thus, by **July 10, 2026**, petitioner must file a notice advising the Court whether he wants to proceed with his claims in this Court or whether he wishes to dismiss this action without prejudice so that he can refile his claims in California. If petitioner wants to proceed in this Court, he may also file a reply to the federal respondents' forthcoming response by **July 10, 2026**.

The **Clerk** must email a copy of this Order to the federal respondents at the addresses listed below.

**Ordered** in Jacksonville, Florida, on June 30, 2026.



/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
Reiner Veliz Lopez, A213400349
    California City Immigration Processing Center
    22844 Virginia Blvd
    California City, CA 93505
Nicholas John Peter Meros, Esquire
Federal Respondents
    USAFLM.JAX.Civil.NewCases@usdoj.gov
    OPLAORLFEDLIT@ice.dhs.gov